

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00417-CV

Richard Cecil **PETERSON** and Alma Peterson,
Appellants

v.

John Lawrence **JIMENEZ**, M.D., and Brian Phillip Perry, M.D.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08827
Honorable Renee Yanta, Judge Presiding

## O R D E R

Appellants' brief was due September 18, 2015. Neither the brief nor a motion for extension of time has been filed.

We **order** appellants, Richard Cecil Peterson and Alma Peterson, to file, **by October 5, 2015,** their appellants' brief and a written response reasonably explaining their failure to timely file the brief. If appellants fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court